```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```
_____

Re: Order Reassigning Cases
Between Magistrate Judge
Tu M. Pham and
Magistrate Judge S. Thomas Anderson

    The following cases are hereby transferred to Magistrate Judge S. Thomas Anderson.  The suffix designation "P" following the case number shall be changed to "T."  The parties are directed to include the new suffix in all future pleadings.

    06-2019-SHM Pressley-Doscher v. Capital One Services, Inc.

    06-2033-SHM Johnson v. The City of Memphis

    06-2039-JDB Krasner v. U. S. Dept. Of Justice

    06-2045-JDB Hawkins v. Summers

    In order to maintain a balanced number of references handled by the magistrate judges, Judge Anderson will transfer the following cases to the undersigned magistrate judge.

    05-2520-BBD Smith v. Northwest Airlines, Inc., et al.

    05-2505-JPM Canal Insurance Co. v. Allens Samco Brokers

    05-2483-SHM Swearegen v. United States of America

    05-2469-JPM Matthews v. Pearson

    IT IS SO ORDERED this 23rd day of February, 2006.

                                S/ Tu M. Pham
                                TU M. PHAM
                                UNITED STATES MAGISTRATE JUDGE